

JUDGE PHILIP MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL NO. EP-05-CR-____ |
| Plaintiff, | ) <u>INDICTMENT</u> |
| v. | ) CT 1: 21:952(a)-Importation of a Controlled Substance; |
| **JULIO RODRIGUEZ CHAVEZ,** | ) CT2: 21:841(a)(1)-Possession of a Controlled Substance With Intent to Distribute |
| Defendant. | ) |

THE GRAND JURY CHARGES:      **EP05CR2300**

### COUNT ONE
(21 U.S.C. §§ 952(a) & 960(a)(1))

That on or about September 21, 2005, in the Western District of Texas, Defendant,

**JULIO RODRIGUEZ CHAVEZ,**

knowingly and intentionally imported into the United States from Mexico a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1).

### COUNT TWO
(21 U.S.C. § 841(a)(1))

That on or about September 21, 2005, in the Western District of Texas, Defendant,

**JULIO RODRIGUEZ CHAVEZ,**

knowingly and intentionally possessed with intent to distribute a controlled substance, which offense

involved a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

JOHNNY SUTTON
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney