AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

WESTERN DISTRICT OF TEXAS

FILED
2012 APR -3 AM 8: 44
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES OF AMERICA

V.

**JULIO RODRIGUEZ CHAVEZ**

**WARRANT FOR ARREST**

CASE NUMBER: **EP-05-CR-2300PRM1)**

To:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **JULIO RODRIGUEZ CHAVEZ**
                                                                                Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment [ ] Information [ ] Complaint [ ] Order of court [ ] Violation Notice [X] Supervised Release Violation Petition
charging him or her with (brief description of offense)

## VIOLATION OF CONDITIONS OF SUPERVISED RELEASE

in violation of Title _____18_____ United States Code, Section(s) _____3583_____

| William G. Putnicki | Clerk, U.S. District Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | December 10, 2008,   El Paso, TX |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ to be determined | by _____ |
| | Name of Judicial Officer |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ El Paso _____ | | |
| DATE RECEIVED 3/27/12 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/26/12 | DUSM David Ogaz | [signature] David Ogaz |

AO 442 (Rev. 12/85) Warrant for Arrest