

**U.S. Department of Justice**

**United States Marshals Service**
*Western District of Texas*

~~FILED~~
2012 APR -3  AM 8:44

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

*United States Courthouse*
*Room 305*
*511 E. San Antonio Street*
*El Paso, Texas 79901*

March 27, 2012

**MEMORANDUM TO:**   United States Attorney's Office
Attn:  AUSA Jose Luis Gonzalez

**FROM:**   W/TX - El Paso Division - Warrants Section

**SUBJECT:**   Notice of Incarceration of Federal Prisoner

The below-named defendant was arrested:

**DEFENDANT:**   Julio Rodriguez-Chavez

**CASE #(S):**   EP05CR2300PRM

**VIOLATION(S):**   Prob.Viol S/R/Marijuana

**DATE OF ARREST:**   03/26/2012

**INCARCERATED IN:**   El Paso County Jail
(County Jail/*BOP/TDC) **Contact the USMS Criminal Clerk @
534-6779 to coordinate defendant's arrival.**

*\*Detainer filed with_____ by the United States Marshals
Service in_____. The United States Attorney
needs to provide the United States Marshals Service with a Writ of Habeas Corpus ad
prosequendum to bring defendant to court.*

cc:   U.S. District Clerk/U.S. Magistrate
U.S. Probation
U.S. Marshals Service (Criminal Clerk)
U.S. Marshals Service (D.E.O.)
U.S. Marshals Service (USM123 File)