# REVOCATION OF PROBATION/SUPERVISED RELEASE HEARING
# EL PASO DIVISION

CASE No.:        EP:05-CR-02300(1)-PRM

DEFENDANT'S:

#1   Julio Rodriguez Chavez                    #1   [FPD] Willliam Maynard

| | | | |
|---|---|---|---|
| JUDGE: | PHILIP R MARTINEZ | AUSA: | Daniel Crumby |
| DEPUTY CLERK: | Robert Velez | INTERPRETER: | [X] Y  [ ] N |
| COURT REPORTER: | Michael P. Nobles | PROB. OFFICER: | |
| DATE: | Tuesday, May 15, 2012 | TIME: | 10:45am - 10:55am TOTAL: 10 MINUTES |

*PROCEEDINGS*

[X]  FINAL REVOCATION HEARING HELD

[ ]  FINAL REVOCATION HEARING RESET TO

[X]  DEFENDANT SWORN

[ ]  WITNESSES SWORN

[ ]  TESTIMONY HEARD

[X]  DEFENDANT ADMITTED ALLEGATIONS

[X]  COURT FINDS THE DEFENDANT HAS VIOLATED TERMS OF SUPERVISED RELEASE

[X]  MOTION TO REVOKE SUPERVISED RELEASE GRANTED

[X]  SUPERVISED RELEASE REVOKED

[ ]  DEFENDANT CONTINUED ON PROBATION/SUPERVISED RELEASE

[ ]  DEFENDANT RELEASED

[X]  SENTENCE/OTHER: Court finds deft failed to participate in drug treatment as directed; failed to abstain from the use of alcohol as directed; and failed to report to U.S. Probation as directed. Deft committed to BOP for three (3) months.