IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED
MAY 1 6 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | EP-05-CR-2300 PRM |
| JULIO RODRIGUEZ CHAVEZ | | |

### ORDER REVOKING SUPERVISED RELEASE

On May 15, 2012, came to be considered the motion to revoke supervised release in the above styled and numbered cause. The Defendant appeared in person, represented by William Maynard, and the Government appeared by and through its Assistant United States Attorney, Daniel Crumby. After hearing the evidence, the Court found that the Defendant, JULIO RODRIGUEZ CHAVEZ, had violated the conditions of supervised release imposed by virtue of the judgment entered herein on February 28, 2006, in that he failed to participate in drug treatment as directed; failed to abstain from the use of alcohol as directed; and failed to report to the U. S. Probation Department as directed. The Court further found that continuing the Defendant on supervised release would no longer serve the ends of justice, and that the motion to revoke supervised release should be granted.

It is therefore ORDERED that the motion to revoke supervised release filed herein on December 10, 2008, be, and it is hereby, GRANTED.

It is further ORDERED that the supervised release of Defendant JULIO RODRIGUEZ CHAVEZ be, and it is hereby, REVOKED.

It is further ORDERED that the Defendant be, and he is hereby, COMMITTED to the custody of the Bureau of Prisons for a period of three (3) months.

Defendant: JULIO RODRIGUEZ CHAVEZ                                              Page 2 of 2
Case Number: EP-05-CR-2300 PRM

SIGNED and ENTERED this ___15___ day of May, 2012.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE